# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RUBEN VAN DYKE

NO. 2023 KW 0601

**AUGUST 23, 2023**

---

In Re:     Ruben Van Dyke, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 05-13-0002.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
a file-stamped copy of the application for postconviction
relief, the district court's ruling, the State's response, if
any, the bill of information, the commitment order, the trial
transcript, pertinent district court minutes, and any other
portion of the district court record that might support the
claims raised in the writ application. Therefore, this court
cannot adequately review the ruling at issue herein.
Supplementation of this writ application and/or an application
for rehearing will not be considered. See Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event
relator elects to file a new application with this court, he may
do so without the necessity of obtaining a return date. Any
future filing on this issue should include the entire contents
of this application, the missing items noted above, and a copy
of this ruling.

                    PMc
                    CHH
                    SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT